AO 91 (Rev. 11/11)  Criminal Complaint

ORIGINAL



FILED

# UNITED STATES DISTRICT COURT

SEP - 9 2020

for the

Eastern District of Texas

Clerk, U.S. District Court
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Cody Ryan Turner | ) | |
| | ) | 4:20-MJ-00741 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    June 27, 2020 through September 8, 2020    in the county of    Collin    in the

Eastern    District of    Texas    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Knowingly use a means and facility of interstate and foreign commerce to attempt to persuande, induce, entice, or coerce a minor to engage inillegal sexual activity |

This criminal complaint is based on these facts:

See the attached affidavit of SA Jennifer Mullican FBI

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Jennifer Mullican FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    09/09/2020

_____
*Judge's signature*

City and state:    Plano, Texas

Kimberly C. Priest Johnson, Magistrate Judge
_____
*Printed name and title*